UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| CEDRIC DEVON RICE,<br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 1:25-cv-931<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the order entered on this date, and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: August 21, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge